JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA BURKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUITABLE LIFE & CASUALTY INSURANCE COMPANY & SILAC INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO.: 2:23−cv−00538 JPR<br><br>[Hon. Jean P. Rosenbluth]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

　　　IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: 10/3/2023

_/s/ Jean Rosenbluth_
Hon. Jean P. Rosenbluth
Magistrate Judge

---

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525